26

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANDI ROCHJANI, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-014 |
| | § | |
| SOUTHWIND AVIATION, INC., ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                   DATE AND TIME:

**OCTOBER 8, 1999 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    SEPTEMBER 30, 1999

TO:    MR. RICHARD HOFFMAN
       MR. IVAN ANDARZA
       MR. ROBERT BANKS