AO456(Rev. 5/85) Notice

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANDI ROCHJANI

VS.   NOTICE   B-98-CV-014

SOUTHWIND AVIATION, INC.
a/k/a Southwind Aviation Agency
&
Southwind Flight Training Systems, Inc.

United States District Court
Southern District of Texas
FILED

APR 1 0 2000

Michael N. Milby
Clerk of Court

---

**Type of Case:**

☒ CIVIL        ☐ CRIMINAL

---

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: | Room No: | Judge Filemon B. Vela's Courtrroom 3rd Floor |

---

**TYPE OF PROCEEDING**

**FINAL PRETRIAL & JURY SELECTION**

(Note: All other sheduling deadlines and Orders, remain the same.)

☒ TAKE NOTICE that the above proceedings in this case have been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME: |
|---|---|---|
| U.S. District Court U.S Courthouse 600 E. Harrison. Street Brownsville, Texas 78520 | 5/4/00 & 5/5/00 | **Friday, April 28, 2000 at 8:30 a.m. for Final Pretrial & 10:30 a.m. for Jury Selection** |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

*Lourdes Mardis* (signature)

(BY) DEPUTY CLERK

DATE: April 10, 2000
CC: Atty. Richard Hoffman
Atty. Ivan Arturo Andarza
Atty. Robert Jason Banks