31

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 2 6 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANDI ROCHJANI | § |
| ALWI | § |
| M. YULIESA | § |
| RICKY IMARA | § |
| WILLY P. PARADYA | § |
| AULIA DARWIS | § |
| JONNY. T. | § |
| INDRA MAHARGIO | § |
| THOMAS F.H. WAWOR | § |
| ERY PURNAMA | § |
| MARTIN HALUMOAN | § |
| JIMMY PATTY | § |
| ZALENTIO S | § |
| GERALD T. | § |
| VIED FERBIYANTO | § |
| FARRY SUKMA P. | § |
| AGUS SUTANTO | § |
| CATUR R. PUTRA | § |
| DEWANTORO GALIH | § |
| SETYO PRAKOSO | § |
| RANGUA VTAMA | § |
| ADAM KARTA WISAYA | § |
| JUNIO RORIMPANDEY | § |
| BARMAN MORGANA | § |
| BOBLY SADRACH | § |
| ABDUL RACHMAN | § |
| HENDRA WIRAYUDHA | § |
| GENTA KUSUMO NEGORO | § |
| VLIL AMRI | § |
| SALMON KESAULYA | § |
| IRVAN SYAM | § |
| KUSUMA DENDAWACANA | § |
| FERRY SAFIANDRY | § |
| WELLY IRAWAN | § |
| DIMAS PRIMA | § |
| ANDI MOCHAMAD | § |
| AMSAL SALOMO | § |
| ARI SUBEKTI | § |
| LEO YOGA ISWARA | § |
| M.N. ALAMSYAH | § |
| ZAKI UMAR | § |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BETSEY P. PURYANTO | § | |
| ANUGRH AGUNG | § | |
| REZA A. NUGROHO | § | |
| DHARMA SETIAWAN | § | |
| PHULPAGAR KRISHNAKANT V. | § | |
| SWA "NEEL" DESHMUKH | § | |
| RITESH K. SOMKUWAR | § | |
| PRITI S. CHOGLE | § | |
| GABRIEL SANCHEZ | § | CIVIL ACTION NO. B-98-014 |
| JAIME GALLARDO | § | COMPLAINT |
| JORGE A. RESENDIZ TALAVERA | § | |
| JIN-HAN KIM | § | |
| DONG-JIN KIM | § | |
| YOUNG-MIN OK | § | |
| JIN-SOO JUNG | § | |
| JAE-YOUL JUNG | § | |
| JAE-HYUNG LEE | § | |
| HEE-CHAN RYOU | § | |
| KANG-LOK LEE | § | |
| MANSOUR BRAHMIA | § | |
| CAGATAY KESKIN | § | |
| CHANOROS CHARLIE | § | |
| EBU ELS - INDONESIA | § | |
| ROBERT HARPER III | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| SOUTHWIND AVIATION, INC., d/b/a | § | |
| SOUTHWIND AVIATION ACADEMY | § | |
| SOUTHWIND FLIGHT TRAINING | § | |
| SYSTEMS, INC.; AVLEASE, INC.; | § | |
| FOREN, INC.; ROBERT P. HARPER, III | § | |
| Defendants, | § | |

<u>ORDER GRANTING CONTINUANCE</u>

On the _26TH_ day of ___APRIL___, 2000, came on to be heard the Plaintiff's

Motion for Continuance in the above-styled and numbered cause, and the court being of the opinion that such motion should be granted, it is therefore:

ORDERED, that this cause now set for Final Pre Trial on April 28, 2000, is now continued on the 29TH day of JUNE, 2000 at 8:30 o'clock a.m. with announcements on the 27TH day of JUNE at 8:30 o'clock a.m., in the United States District Court For the Southern District Of Texas, Brownsville Division.

SIGNED this 26TH day of APRIL, 2000.

_____
JUDGE PRESIDING

cc:   Hon. Richard S. Hoffman
      Hon. Robert J. Banks