44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANDI ROCHJANI, *et al*, : | |
| : | |
| Plaintiffs : | |
| : | |
| vs. : | CIVIL ACTION NO. B-98-014 |
| : | |
| SOUTHWIND AVIATION, INC., *et al*, : | |
| : | |
| Defendants : | |

ORDER GRANTING DEFENDANT'S MOTION
FOR JUDGMENT AS A MATTER OF LAW

On the 10th day of July 2000 this case came on for a trial on the merits before a jury. Plaintiffs, Kang Lok Lee and Mansour Brahmia, appeared in person and through their attorneys, Richard S. Hoffman, Esq. and Ivan A. Andarza, Esq., and announced ready. The remainder of the plaintiffs appeared through their attorneys, Richard S. Hoffman, Esq. and Ivan A. Andarza, Esq., and announced ready. Defendant, Robert P. Harper III, appeared in person and through his attorney, Robert J. Banks, Esq., and announced ready. A jury was then duly tested, selected, empaneled and sworn.

Plaintiffs presented their case in chief, upon the conclusion of which, plaintiffs rested. Defendant then moved this court for an judgment as a matter of law on the basis that plaintiffs did not present facts constituting a *prima facie* case and did not meet their burden of production.

The court having reviewed the pleadings filed herein, and having heard the evidence, defendant's Motion, and plaintiff's opposition thereto, finds that there is no legally sufficient basis upon which the jury could find for the plaintiffs because there is a complete absence of proof that defendant, Robert P. Harper III, acted otherwise than in his capacity as an officer of Southwind Aviation, Inc. The court further finds that defendant's Motion should be granted. It is therefore,

ORDERED, ADJUDGED AND DECREED that defendant's Motion for Judgment as a Matter of Law be, and the same is hereby, granted; and it is further,

ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendant, Robert P. Harper III, and against plaintiffs herein; and it is further,

ORDERED, ADJUDGED AND DECREED that all costs herein be adjudged against Plaintiffs; and it is further,

ORDERED, ADJUDGED AND DECREED that all relief prayed for and not granted herein be, and the same is hereby, denied.

Signed this 1st day of August 2000.

_____
Filemon Vela,
Judge Presiding

APPROVED AND ENTRY REQUESTED:

_____
Robert J. Banks, Esq.
Southern District Admission No. 10703
218 East Harrison Avenue
Harlingen, Texas 78550-9134
956-423-3745 (Telephone)
956-423-3746 (Telecopier)

Attorney for Defendant,
Robert P. Harper III

Copy to:

Robert J. Banks, Esq.
Attorney at Law
218 East Harrison Avenue
Harlingen, Texas 78550-9134

Richard S. Hoffman, Esq.
Attorney at Law
1718 Boca Chica Boulevard
Brownsville, Texas 78520-8141

Ivan A. Andarza, Esq.
Attorney at Law
700 East Washington Street
Brownsville, Texas 78520